

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

al

JHK:DCL  
F. #2018R01182

*610 Federal Plaza*
*Central Islip, New York 11722*

August 9, 2019

Honorable Sandra J. Feuerstein  
United States District Judge  
Eastern District of New York  
100 Federal Plaza  
Central Islip, New York 11722

    Re: United States v. Ankur Sharma  
      <u>Criminal Docket No. 19-0024 (SJF)</u>

Dear Judge Feuerstein:

  Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-captioned case, the terms of which the defendant, Ankur Sharma, has agreed to in connection with his guilty plea, taken before Magistrate Judge A. Kathleen Tomlinson on or about July 26, 2019.  Accordingly, the government respectfully requests that the Court "so order" the enclosed proposed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

  Thank you for Your Honor's consideration of this submission.

          Respectfully submitted,

          RICHARD P. DONOGHUE  
          United States Attorney

      By: <u>/s/ Diane C. Leonardo</u>  
         Diane C. Leonardo  
         Assistant U.S. Attorney  
         (631) 715-7854

Encl.: Preliminary Order of Forfeiture  
cc:  Counsel of Record (ECF)